**Motion GRANTED AND Order filed December 2, 2015.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-15-00878-CV
_____

## IN RE DANA LYNN GUEFEN, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**247th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2008-53787**

---

## ORDER

On October 14, 2015, relator Dana Lynn Guefen ("relator") filed a petition for writ of mandamus in this court. Relator asks this court to order the Honorable John Schmude, Judge of the 247th District Court, in Harris County, Texas, to set aside his orders dated April 29, 2015 and August 21, 2015, entered in trial court number 2008-53787.

On October 29, 2015, we requested the real party in interest Guillermo Guefen ("real party") to file a response to the petition for writ of mandamus by November 16, 2015.

On November 6, 2015, real party filed a motion requesting an extension of time to file his response until December 17, 2015. On November 12, 2015, counsel for the real party in interest filed a supplement to the extension motion that included a letter from his physician dated November 6, 2015. Among other things, the letter says counsel "should be excused of all duties for . . . at least the next 30 days" in light of shoulder surgery conducted on November 4 and necessary follow-up treatment.

We granted the requested extension on November 12, 2015.

Also on November 12, 2015, real party filed a motion for partial summary judgment that requests a summary disposition of issues regarding final conservatorship of the minor children and periods of possession and access with the children by relator. The motion for summary judgment is set for hearing at 9:30 a.m. on December 3, 2015.

On November 17, 2015, relator filed a motion for emergency temporary relief asking this court to stay of relator's motion for partial summary judgment in the trial court pending a decision on the petition for writ of mandamus. *See* Tex. R. App. P. 52.8(b), 52.10. Relator argues that if the trial court grants the summary judgment, some or all of the relief she seeks in this mandamus proceeding will become moot.

On November, 19, 2015, we requested real party to file a response to relator's motion for emergency temporary relief by 12:00 p.m., December 1, 2015. Real party did not comply with the court's request.

2

It appears from the facts stated in the petition and motion that relator will be prejudiced unless immediate temporary relief is granted. We therefore **GRANT** relator's motion and issue the following order:

We **ORDER** real party's motion for partial summary judgment in trial court cause number 2008-53787, **STAYED** until a final decision by this court on relator's prior-filed petition for writ of mandamus, or until further order of this court.

PER CURIAM

Panel consists of Justices Boyce, Busby, and Brown.